**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00376-CR

### DAVID PAUL WHITNEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 064600**

## ORDER

We **GRANT** appellee's motion for extension of time to file brief and **ORDER** the brief

tendered to the Clerk of the Court October 8, 2015 filed as of the date of this order.

/s/    DOUGLAS S. LANG
        JUSTICE